UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM SWISHER, ALBERT
PIERLUISSI, JASON MARTINEZ,
ROSELI ORTIZ, MICHAEL CICHON,
WILLIAM ICENOGLE, SR.,

           Plaintiffs,

-vs-                                                    Case No. 6:07-cv-1542-Orl-28UAM

THE FINISHING LINE, INC., DONALD W.
KRIETEMEYER,

           Defendants.
_____

## ORDER

This case is before the Court on Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 20) against the Defendant, The Finishing Line, Inc. filed April 7, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 26, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 20) against the Defendant, The Finishing Line, Inc., is **GRANTED**.

3. Plaintiffs' are awarded the following:

   a. Plaintiff William Swisher: $1,023.74 in unpaid overtime compensation including liquidated damages; $1,600.80 in unpaid minimum wages; and $1,299.60 in additional unpaid wages for a total damage award of $3,924.14;

   b. Plaintiff Albert Pierluissi: $2,134.40 in unpaid minimum wages including liquidated damages; and $1,812.80 in additional wages for a total damage award of $3,947.20;

   c. Plaintiff Jason Martinez: $300.00 in unpaid overtime compensation including liquidated damages; $1,067.20 in unpaid minimum wages including liquidated damages; and $266.40 in unpaid additional wages for a total damage award of $1,633.60;

   d. Plaintiff Roseli Ortiz: $300.00 in unpaid overtime compensation including liquidated damages; and $533.60 in unpaid minimum wages including liquidated damages; and $133.20 in additional wages for a total damage award of $966.80;

   e. Plaintiff Michael Cichon: $1,053.00 in unpaid overtime compensation including liquidated damages; $1,600.80 in unpaid minimum wages including liquidated damages; and $1,359.60 in additional unpaid wages for a total damage award of $4,013.40;

   f. Plaintiff William Icenogle, Sr.: $1,600.80 in unpaid overtime compensation including liquidated damages; and $639.60 in additional unpaid wages for a total damage award of $2,240.40;

   g. Reasonable attorneys' fees in the amount of $1,735.00 and costs in the amount of $433.88.

4.  The Clerk is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party